JAMES A. TAYLOR, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted April 9, 1945; decided April 19, 1945.

*Rogers H. Bacon* and *Edward D. Burns* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Copal Mintz* and *James J. Healy* for motion for leave to appeal and in opposition to motion to dismiss.

Motion to dismiss appeal granted and appeal dismissed.

Motion for leave to appeal granted.